CUSTAPP,MJSELECT−SDE

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:25−cr−00281−BMC All Defendants

Case title: USA v. Rubin et al

Date Filed: 09/17/2025

Assigned to: Judge Brian M. Cogan

### Defendant (1)

**Howard Rubin**
*also known as*
Howie
*also known as*
H

represented by **Benjamin Edward Rosenberg**
Dechert LLP
1095 Avenue Of The Americas
New York, NY 10036
212−698−3500
Fax: 212−698−0495
Email: benjamin.rosenberg@dechert.com
*TERMINATED: 02/20/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Edward A. Mc Donald**
Dechert, LLP
Three Bryant Park
1095 Avenue of The Americas
New York, NY 10036
212−698−3671
Email: edward.mcdonald@dechert.com
*TERMINATED: 02/20/2026*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Isabelle A. Kirshner**
Clayman Rosenberg Kirshner & Linder LLP
60 East 42 St.
Ste 3900
New York, NY 10165
212−922−1080
Email: kirshner@clayro.com
*TERMINATED: 04/09/2026*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jacob Kaplan**
Agnifilo Intrater LLP
140 Broadway
Ste. 2450
New York, NY 10005
646−205−4350
Email: jacob@agilawgroup.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Katherine Anne Boy Skipsey**
Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
212−896−0629

Email: kboyskipsey@sheppardmullin.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Marc A. Agnifilo**
Agnifilo Intrater LLP
140 Broadway
Ste 2450
Ste 24th Floor
New York, NY 10005
646−205−4350
Email: marc@agilawgroup.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael J. Gilbert**
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112
212−653−8700
Email: MGilbert@sheppardmullin.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Teny Rose Geragos**
Agnifilo Intrater LLP
140 Broadway
Ste. 2450
New York, NY 10005
646−205−4350
Email: teny@agilawgroup.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Zach Intrater**
Agnifilo Intrater LLP
140 Broadway
Suite 2450
New York, NY 10005
646−205−4350
Email: zach@agilawgroup.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                **Disposition**

Title 18, United States Code,
Sections 1591(a)(1), 1591(a)(2),
1591(b)(1), 2 and 3551 et seq. –
Sex Trafficking – Jane Does #1
through #5
(1)

Title 18, United States Code,
Sections 1591(a)(l), 1591(a)(2),
159l(b)(l), 2 and 3551 et seq. –
Sex Trafficking– Jane Does #1
through #5
(1s)

Title 18, United States Code,
Sections 1591(a)(1), 1591(a)(2),
1591(b)(1), 2 and 3551 et.seq. –
Sex Trafficking –Jane Doe #6
(2)

Title 18, United States Code,
Sections 159l(a)(l), 1591(a)(2),
1591(b)(l), 2 and 3551 et seq. –
Sex Trafficking – Jane Doe #6
(2s)

Title 18, United States Code,
Sections 2421 (a), 2 and 3551 et
seq. – Mann Act Transportation
(3–8)

Title 18, United States Code,
Sections 242l(a), 2 and 3551 et
seq. –Mann Act –
Transportation
(3s–8s)

Title 18, United States Code,
Sections 2421 (a), 2 and 3551 et
seq. – Mann Act Transportation
(9)

Title 18, United States Code,
Sections 242l(a), 2 and 3551 et
seq.– Mann Act –
Transportation
(9s)

Title 18, United States Code,
Sections 1344, 2 and 3551 et
seq. – Bank Fraud
(10)

Title 18, United States Code,
Sections 1344, 2 and 3551 et
seq. – Bank Fraud
(10s)

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

Assigned to: Judge Brian M.
Cogan

**Defendant (2)**

| **Jennifer Powers** | represented by | **Angela Li**<br>Schlam Stone & Dolan LLP<br>26 Broadway<br>19th Floor<br>New York, NY 10004<br>917–929–5453 |
| --- | --- | --- |

Email: ali@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Douglas E. Grover**
Schlam Stone & Dolan LLP
26 Broadway
19th floor
New York, NY
212–344–5400
Fax: 212–344–7677
Email: dgrover@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jolene F. Lavigne–Albert**
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
212–344–5400
Fax: 212–344–7677
Email: jlavignealbert@schlamstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Damon M Cheronis**
Cheronis & Parente LLC
140 S Dearborn Street
Ste 404
Chicago, IL 60603–5232
312–663–4644
Email: damon@cheronislaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Donna Rotunno**
Law Offices of Rotunno & Giralamo, PC
140 S. Dearborn Street
Suite 404
Chicago, IL 60603
708–615–9400
Email: megank@rotunnogiralamo.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| Title 18, United States Code, Sections 1591(a)(1), 1591(a)(2), 1591(b)(1), 2 and 3551 et seq. – Sex Trafficking – Jane Does #1 through #5 (1) | |
| Title 18, United States Code, Sections 1591(a)(l), 1591(a)(2), 159l(b)(l), 2 and 3551 et seq. – Sex Trafficking– Jane Does #1 through #5 (1s) | |

Title 18, United States Code, Sections 2421 (a), 2 and 3551 et seq. – Mann Act Transportation (3–8)

Title 18, United States Code, Sections 242l(a), 2 and 3551 et seq. –Mann Act – Transportation (3s–8s)

Title 26, United States Code, Section 7206(1); Title 18, United States Code, Sections 2 and 3551 et seq.– False Tax Returns (11s–16s)

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

---

Assigned to: Judge Brian M. Cogan

**Defendant (3)**

| **Stephen Powers** | represented by | **Christopher Michael Ferguson** |
| --- | --- | --- |
| | | Kostelanetz LLP |
| | | 7 World Trade Center |
| | | 34th Floor |
| | | 250 Greenwich Street |
| | | New York, NY 10007 |
| | | 212–808–8100 |
| | | Email: cferguson@kostelanetz.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | |
| | | **Sharon L. McCarthy** |
| | | Kostelanetz LLP |
| | | 7 World Trade Center |
| | | Ste 34th Floor |
| | | New York, NY 10007 |
| | | 212–808–8100 |
| | | Fax: 212–808–8108 |
| | | Email: smccarthy@kostelanetz.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| **Pending Counts** | **Disposition** |
| --- | --- |
| Title 26, United States Code, Section 7206(1); Title 18, United | |

States Code, Sections 2 and 3551
et seq.– False Tax Returns
(11–16)

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| **USA** | represented by | **Raffaela Belizaire** |
|---|---|---|

DOJ–USAO
271–A Cadman Plaza East
Brooklyn, NY 11201
718–254–6295
Email: Raffaela.Belizaire@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Government Attorney*

**Tara Brigit McGrath**
DOJ–USAO
New York
271–A Cadman Plaza East
Brooklyn, NY 11201
718–254–6454
Fax: 718–254–6454
Email: Tara.McGrath@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kayla C Bensing**
U.S. Attorney's Office, EDNY
United States Court of Appeals for the
Second Circuit
271 Cadman Plaza East
Brooklyn, NY 11201
718–254–6279
Fax: 718–254–6076
Email: Kayla.Bensing@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Nina C. Gupta**
DOJ–USAO
Criminal Division
271–A Cadman Plaza East
Brooklyn, NY 11217
718–254–6257
Email: nina.gupta@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/17/2025 | 1 | SEALED INDICTMENT as to Howard Rubin (1) count(s) 1, 2, 3–8, 9, 10, Jennifer Powers (2) count(s) 1, 3–8. (EF) (Additional attachment(s) added on 9/26/2025: # 1 Criminal Information Sheet, # 2 Indictment with foreperson signature, # 3 Sealing Cover Sheet) (EF). (Entered: 09/18/2025) |
| 09/22/2025 | | ORDER REASSIGNING CASE as to Howard Rubin, Jennifer Powers. Reassigned to Judge Brian M. Cogan. Chief Judge Margo K. Brodie no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such.. Ordered by Chief Judge Margo K. Brodie on 9/22/2025. (KD) (Entered: 09/22/2025) |
| 09/26/2025 | 5 | Order to Unseal Indictment as to Howard Rubin, Jennifer Powers: Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Raffaela S. Belizaire, for an order unsealing the above–captioned matter in its entirety. WHEREFORE, it is ordered that the above–captioned matter in its entirety be unsealed. Ordered by Magistrate Judge Peggy Kuo on 9/26/2025. (Attachments: # 1 Government Letter) (EF) (Entered: 09/26/2025) |
| 09/26/2025 | 6 | Letter *Regarding Detention & Bail Conditions* as to Howard Rubin, Jennifer Powers (McGrath, Tara) (Main Document 6 replaced on 9/30/2025) (AM). (Entered: 09/26/2025) |
| 09/26/2025 | 7 | NOTICE OF ATTORNEY APPEARANCE Tara Brigit McGrath appearing for USA. (McGrath, Tara) (Entered: 09/26/2025) |
| 09/26/2025 | 8 | NOTICE OF ATTORNEY APPEARANCE Raffaela Belizaire appearing for USA. (Belizaire, Raffaela) (Entered: 09/26/2025) |
| 09/26/2025 | 10 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo: Arraignment as to Howard Rubin (1) Count 1,2,3–8,9,10 held on 9/26/2025, Initial Appearance as to Howard Rubin held on 9/26/2025, Plea entered by Howard Rubin (1) Count 1,2,3–8,9,10 by Howard Rubin Not Guilty. Detention hearing held. The Government opposed bail for reasons stated on the record. Defense counsel presented a $25 million dollar bond secured by 1 property. The Court denied the bail application without prejudice for defense to reapply. Order of detention entered. ( Status Conference set for 10/20/2025 at 10:00 AM before Judge Brian M. Cogan.) Order of excludable delay entered. Medical memo issued. (RG) (Entered: 09/29/2025) |
| 09/26/2025 | 11 | ORDER OF DETENTION as to Howard Rubin. ( Ordered by Magistrate Judge Peggy Kuo on 9/26/2025 ) (RG) (Entered: 09/29/2025) |
| 09/26/2025 | 12 | ORDER TO CONTINUE – Ends of Justice as to Howard Rubin Time excluded from 9/26/25 until 10/20/25. ( Ordered by Magistrate Judge Peggy Kuo on 9/26/2025 ) (RG) (Entered: 09/29/2025) |
| 09/26/2025 | 13 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to Howard Rubin. ( Ordered by Magistrate Judge Peggy Kuo on 9/26/2025 ) (RG) (Entered: 09/29/2025) |
| 09/29/2025 | 9 | TRANSCRIPT of Proceedings as to Howard Rubin, Jennifer Powers held on September 26, 2025, before Judge Kuo. Court Reporter/Transcriber Transcriptions Plus II, Inc. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 10/20/2025. Redacted Transcript Deadline set for 10/30/2025. Release of Transcript Restriction set for 12/29/2025. (LH) (Entered: 09/29/2025) |
| 09/29/2025 | 14 | Letter *Requesting Modification of Bond Conditions* as to Jennifer Powers (Attachments: # 1 Exhibit A – Bond, # 2 Exhibit B – Detention Letter) (McGrath, |

| | | Tara) Modified on 9/30/2025 to correct event to motion (RG). (Entered: 09/29/2025) |
|---|---|---|
| 09/30/2025 | 15 | ORDER granting 14 Motion to Modify Conditions of Release as to Jennifer Powers (2). ( Ordered by Judge Brian M. Cogan on 9/30/2025 ) (Attachments: # 1 Order setting conditions of release from the Northern District of Texas, Fort Worth Division) (RG) (Entered: 09/30/2025) |
| 09/30/2025 | 17 | NOTICE OF ATTORNEY APPEARANCE: Jolene F. Lavigne−Albert appearing for Howard Rubin, Jennifer Powers (Lavigne−Albert, Jolene) (Entered: 09/30/2025) |
| 09/30/2025 | 18 | NOTICE OF ATTORNEY APPEARANCE: Angela Li appearing for Howard Rubin, Jennifer Powers (Li, Angela) (Entered: 09/30/2025) |
| 09/30/2025 | 19 | NOTICE OF ATTORNEY APPEARANCE: Douglas E. Grover appearing for Howard Rubin, Jennifer Powers (Grover, Douglas) (Entered: 09/30/2025) |
| 09/30/2025 | 21 | SUPERSEDING INDICTMENT as to Howard Rubin (1) count(s) 1s, 2s, 3s−8s, 9s, 10s, Jennifer Powers (2) count(s) 1s, 3s−8s, 11s−16s, Stephen Powers (3) count(s) 11−16. (MAA) (Entered: 10/02/2025) |
| 10/01/2025 | 23 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo: Arraignment on the Superseding Indictment as to Jennifer Powers (2) Count 1,1s,3−8,3s−8s,11s−16s held on 10/1/2025. AUSA Raffaela Belizaire and Tara McGrath; Retained Jolene La Vigne−Albert and Douglas Grover. Initial Appearance as to Jennifer Powers held on 10/1/2025. Bond Hearing as to Jennifer Powers held on 10/1/2025. Plea entered by Jennifer Powers (2) Count 1,1s,3−8,3s−8s,11s−16s Not Guilty to all counts. Bond set at $850,000.00. Defendant released. Defendant advised of Bond Conditions set by the court and signed the Bond. 2 Surety (ies) sworn, advised of Bond obligations by the court and signed the Bond.Order of Excludable Delay/Speedy Trial entered. Start 10/1/25 Stop 10/20/25. ( Status Conference set for 10/20/2025 10:00 AM in Courtroom 10A South before Judge Brian M. Cogan.) (Time Log #11:36−12:17.) (MAA) (Entered: 10/02/2025) |
| 10/01/2025 | 24 | ORDER Setting Conditions of Release as to Jennifer Powers (2) $850,000. Ordered by Magistrate Judge Peggy Kuo on 10/1/2025. (MAA) (Entered: 10/02/2025) |
| 10/01/2025 | 25 | REDACTION re: Jennifer Powers to 24 1 − Sealed Document CR, Order Setting Conditions of Release (MAA) (Entered: 10/02/2025) |
| 10/01/2025 | 26 | ORDER TO CONTINUE − Ends of Justice as to Jennifer Powers Time excluded from 10/01/2025 until 10/20/2025. Ordered by Magistrate Judge Peggy Kuo on 10/1/2025. (MAA) (Entered: 10/02/2025) |
| 10/01/2025 | 27 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to Jennifer Powers. Ordered by Magistrate Judge Peggy Kuo on 10/1/2025. (MAA) (Entered: 10/02/2025) |
| 10/02/2025 | 22 | TRANSCRIPT of Proceedings as to Jennifer Powers held on October 1, 2025, before Judge Kuo. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request − Transcript" located under "Other Filings − Other Documents". Redaction Request due 10/23/2025. Redacted Transcript Deadline set for 11/3/2025. Release of Transcript Restriction set for 12/31/2025. (RC) (Entered: 10/02/2025) |
| 10/02/2025 | 28 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo:Arraignment / Initial Appearance as to Stephen Powers (3) Count 11−16 held on 10/2/2025, Plea entered by Stephen Powers (3) Count 11−16. Not Guilty All Counts. Status Conference set for 10/20/2025 at 10:00 AM before Judge Brian M. Cogan. Retained counsel appointed for arraignment only due to a conflict of counsel. Defense counsel stated on the record the defendant would have new counsel appointed by the scheduled status conference date before the District Judge in this case. The government and defense counsel consented to a $250,000 bond with 1 suretor, secured by 1 property and the confession of judgement to be filed by 10/14/2025. The court granted the |

| | | |
|---|---|---|
| | | bond. (Time Log #2:37–3:00.) (IH) (Entered: 10/03/2025) |
| 10/02/2025 | 29 | ORDER TO CONTINUE – Ends of Justice as to Stephen Powers. Time excluded from 10/2/2025 until 10/20/2025. Ordered by Magistrate Judge Peggy Kuo on 10/2/2025. (IH) (Entered: 10/03/2025) |
| 10/02/2025 | 30 | ***SEALED DOCUMENTS*** <br> ORDER Setting Conditions of Release as to Stephen Powers (3) $250,000.00. Ordered by Magistrate Judge Peggy Kuo on 10/2/2025. (IH) (Entered: 10/03/2025) |
| 10/02/2025 | 31 | REDACTION as to Stephen Powers re: 30 1 – Sealed Document CR, Order Setting Conditions of Release (IH) (Entered: 10/03/2025) |
| 10/02/2025 | 32 | ORDER: This order is entered pursuant to Federal Rule of Criminal Procedure 5(f) to confirm the prosecution's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and to summarize the possible consequences of violating those obligations as to Stephen Powers. Ordered by Magistrate Judge Peggy Kuo on 10/2/2025. (IH) (Entered: 10/03/2025) |
| 10/16/2025 | 36 | NOTICE OF ATTORNEY APPEARANCE: Michael J. Gilbert appearing for Howard Rubin (Gilbert, Michael) (Entered: 10/16/2025) |
| 10/16/2025 | 37 | NOTICE OF ATTORNEY APPEARANCE: Katherine Anne Boy Skipsey appearing for Howard Rubin (Boy Skipsey, Katherine Anne) (Entered: 10/16/2025) |
| 10/16/2025 | 38 | NOTICE OF ATTORNEY APPEARANCE: Benjamin Edward Rosenberg appearing for Howard Rubin (Rosenberg, Benjamin) (Entered: 10/16/2025) |
| 10/16/2025 | 39 | NOTICE OF ATTORNEY APPEARANCE: Edward A. Mc Donald appearing for Howard Rubin (Mc Donald, Edward) (Entered: 10/16/2025) |
| 10/16/2025 | 40 | Letter *Motion in support of Defendant Rubin's Request for Modification of Bail* as to Howard Rubin (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O) (Rosenberg, Benjamin) (Entered: 10/16/2025) |
| 10/17/2025 | | ORDER re 40 *Letter Motion in support of Defendant Rubin's Request for Modification of Bail* as to Howard Rubin. Defendant's request for modification of bail is actually a new bail application, and the Court does not rule on new bail applications, only appeals. Defendant's motion is hereby referred to the Duty Magistrate Judge or the assigned Magistrate Judge. Ordered by Judge Brian M. Cogan on 10/17/2025. (TT) (Entered: 10/17/2025) |
| 10/19/2025 | 42 | Letter *Opposing Application for Bail* as to Howard Rubin (Attachments: # 1 Exhibit A – Government's Detention Letter, # 2 Exhibit B – Transcript of Bail Hearing) (McGrath, Tara) (Entered: 10/19/2025) |
| 10/20/2025 | | Minute Entry for proceedings before Judge Brian M. Cogan: Initial Status Conference Appearance as to Howard Rubin, Jennifer Powers, and Stephen Powers held on 10/20/2025. Case called. AUSA Tara Brigit McGrath and Paralegal Specialist Marlane Bosler appeared on behalf of the Government. Benjamin Edward Rosenberg, Edward A. Mc Donald, and Michael J. Gilbert appeared on behalf of defendant Howard Rubin, who was present. Jolene F. Lavigne–Albert, Angela Li, and Douglas E. Grover appeared on behalf of defendant Jennifer Powers, who was present. Sharon L. McCarthy (limited appearance) appeared on behalf of defendant Stephen Powers, who was present. Discussion held. Speedy trial time is excluded until 1/15/2026, which will allow the parties to negotiate a protective order, produce and review initial discovery, and determine whether this case warrants complex designation. The Court finds that the ends of justice outweigh the public and the defendants' interest in a speedy trial. Status Conference reset for 1/15/2026 at 10:00 a.m. in Courtroom 10A South before Judge Brian M. Cogan. (Court Reporter Annette Montalvo.) (TT) (Entered: 10/21/2025) |
| 10/20/2025 | 44 | Minute Entry for proceedings held before Magistrate Judge James R. Cho: Arraignment on Superseding Indictment as to Howard Rubin (1) Count 1s,2s,3s–8s,9s,10s held on 10/20/2025, Plea entered by Howard Rubin Not Guilty on Superseding Counts. Defense counsel presented a bail application. Government |

| | | |
|---|---|---|
| | | opposed for reasons stated on the record. Court denied the proposed bail package without prejudice. (Time Log #11:26–12:07.) (RG) (Entered: 10/21/2025) |
| 10/21/2025 | 43 | TRANSCRIPT of Proceedings as to Howard Rubin held on 10/20/2025, before Judge Cho. Court Reporter/Transcriber Transcriptions Plus II, Inc. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 11/11/2025. Redacted Transcript Deadline set for 11/21/2025. Release of Transcript Restriction set for 1/19/2026. (LH) (Entered: 10/21/2025) |
| 10/27/2025 | 45 | MOTION for Protective Order by USA as to Howard Rubin, Jennifer Powers. (Attachments: # 1 Proposed Order) (McGrath, Tara) (Entered: 10/27/2025) |
| 10/27/2025 | 46 | PROTECTIVE ORDER re: 45 Motion for Protective Order as to Howard Rubin (1), Jennifer Powers (2). ( Ordered by Judge Brian M. Cogan on 10/27/2025 ) (RG) (Entered: 10/27/2025) |
| 11/04/2025 | 47 | *SEALED DOCUMENTS*, Notice/Order setting conditions of release as to Jennifer Powers; looks like additional signatures were signed in TX on 10/7/25. Not before this court. Found this document in dkt box. (RG) (Entered: 11/04/2025) |
| 11/12/2025 | 48 | Rule 5(c)(3) Documents Received from the Northern District of Texas (Fort Worth) as to Jennifer Powers. (RG) (Entered: 11/12/2025) |
| 11/12/2025 | | Arrest of Jennifer Powers in Northern District of Texas(Fort Worth) on 9/26/25. (RG) (Entered: 11/12/2025) |
| 11/17/2025 | 49 | *SEALED DOCUMENTS*, Letter MOTION to Modify Conditions of Release by Jennifer Powers. (Li, Angela) (Entered: 11/17/2025) |
| 12/09/2025 | 51 | Letter *Motion In Support of Defendant Rubin's Request for Modification of Bail* as to Howard Rubin (Attachments: # 1 Affidavit of Annalee T. Rubin In Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Affidavit of Mary J. Henry In Support, # 6 Exhibit A, # 7 Exhibit B, # 8 Exhibit C, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 13 Exhibit H, # 14 Affirmation of Julian Klein In Support, # 15 Exhibit A, # 16 Exhibit B, # 17 Exhibit C, # 18 Exhibit D, # 19 Exhibit E, # 20 Exhibit F, # 21 Exhibit G, # 22 Exhibit H, # 23 Exhibit I, # 24 Exhibit J, # 25 Exhibit K, # 26 Affidavit of Howard Rubin In Support, # 27 Exhibit A, # 28 Exhibit B, # 29 Exhibit C, # 30 Exhibit D, # 31 Exhibit E, # 32 Exhibit F, # 33 Exhibit G, # 34 Exhibit H, # 35 Exhibit I, # 36 Exhibit J, # 37 Affidavit of Alan Dornfeld In Support) (Rosenberg, Benjamin) (Entered: 12/09/2025) |
| 12/10/2025 | 52 | Letter *Opposing Third Motion for Bail (Partially Sealed)* as to Howard Rubin (Attachments: # 1 Exhibit A – Transcript of First Bail Hearing, # 2 Exhibit B – Transcript of Second Bail Hearing) (McGrath, Tara) (Entered: 12/10/2025) |
| 12/10/2025 | 53 | Letter *Opposing Third Motion for Bail (Sealed)* as to Howard Rubin, *SEALED DOCUMENTS* (Attachments: # 1 Exhibit A – Transcript of First Bail Hearing, # 2 Exhibit B – Transcript of Second Bail Hearing) (McGrath, Tara) (Entered: 12/10/2025) |
| 12/15/2025 | 54 | NOTICE OF ATTORNEY APPEARANCE: Isabelle A. Kirshner appearing for Howard Rubin (Kirshner, Isabelle) (Entered: 12/15/2025) |
| 12/16/2025 | 55 | Letter *In Further Support of 51 Motion In Support of Defendant Rubin's Request for Modification of Bail* as to Howard Rubin (Attachments: # 1 Exhibit A.) (Rosenberg, Benjamin) (Entered: 12/16/2025) |
| 12/17/2025 | 56 | Application and Take Out Order as to Howard Rubin. Ordered by Magistrate Judge Joseph A. Marutollo on 12/17/2025. (IH) (Entered: 12/17/2025) |
| 12/17/2025 | 57 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo: Detention Hearing as to Howard Rubin held on 12/17/2025. Detention hearing held. Defense |

| | | |
|---|---|---|
| | | counsel proposed a $70 Million dollar bail application with 3 sureties, secured by 2 properties and $30 million dollar cash deposited with the court. The government opposed the bail for reasons stated on the record. The court denied the bail application for reasons stated on the record. (Time Log #2:32–3:52.) (IH) (Entered: 12/18/2025) |
| 12/19/2025 | 58 | TRANSCRIPT of Proceedings as to Howard Rubin held on December 17, 2025, before Judge Kuo. Court Transcriber: Superior Reporting Services LLC. Email address: transcripts@superiorreporter.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 1/9/2026. Redacted Transcript Deadline set for 1/19/2026. Release of Transcript Restriction set for 3/19/2026. (RC) (Entered: 12/19/2025) |
| 01/06/2026 | | SCHEDULING ORDER as to Howard Rubin, Jennifer Powers, and Stephen Powers. Status Conference reset for 1/27/2026 at 12:00 p.m. in Courtroom 10A South before Judge Brian M. Cogan. Speedy trial time is excluded until 1/27/2026, which will allow the parties to produce and review discovery, and determine whether this case warrants complex designation. The Court finds that the ends of justice outweigh the public and the defendants' interest in a speedy trial. Ordered by Judge Brian M. Cogan on 1/6/2026. (TT) (Entered: 01/06/2026) |
| 01/08/2026 | 59 | Letter *MOTION to Modify Conditions of Release to Attend Son's Birthday Gathering by Jennifer Powers* as to Jennifer Powers (Li, Angela) Modified on 1/8/2026 to correct event (TT). (Entered: 01/08/2026) |
| 01/08/2026 | | ORDER granting 59 Motion to Modify Conditions of Release as to Jennifer Powers. Mrs. Powers is permitted to attend the gathering on January 18, 2026, from 11:00 a.m. to 3:30 p.m. Ordered by Judge Brian M. Cogan on 1/8/2026. (TT) (Entered: 01/08/2026) |
| 01/15/2026 | 60 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Howard Rubin, Jennifer Powers, Stephen Powers held on October 20, 2025, for hearing type Status Conference, before Judge Brian M. Cogan. Court Reporter/Transcriber Annette M. Montalvo, Telephone number 718–804–2711. Email address: annette.montalvo@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 2/5/2026. Redacted Transcript Deadline set for 2/16/2026. Release of Transcript Restriction set for 4/15/2026. (Montalvo, Annette) (Entered: 01/15/2026) |
| 01/16/2026 | 61 | Letter MOTION for Protective Order *to Allow Defendant Use of a Dedicated Computer at Metropolitan Detention Center for Discovery Review* by Howard Rubin. (Attachments: # 1 Proposed Order, # 2 Proposed Agreement) (Gilbert, Michael) (Entered: 01/16/2026) |
| 01/21/2026 | 62 | RESPONSE in Opposition re 61 Letter MOTION for Protective Order *to Allow Defendant Use of a Dedicated Computer at Metropolitan Detention Center for Discovery Review* (Belizaire, Raffaela) (Entered: 01/21/2026) |
| 01/22/2026 | 63 | REPLY TO RESPONSE to Motion re 61 Letter MOTION for Protective Order *to Allow Defendant Use of a Dedicated Computer at Metropolitan Detention Center for Discovery Review* (Gilbert, Michael) (Entered: 01/22/2026) |
| 01/23/2026 | 64 | Order granting 61 Letter MOTION for Protective Order *to Allow Defendant Use of a Dedicated Computer at Metropolitan Detention Center for Discovery Review* as to Howard Rubin. Many other inmates are permitted use of personal laptops. Given Rubin's privacy concerns and the fact that discovery, which is already voluminous, is sure to become increasingly more voluminous, the Court will allow Rubin to have access to a personal laptop. Rubin is directed to sign and counsel is directed to file the "Agreement Regarding Authorized Use of Laptop." ( Ordered by Judge Brian M. Cogan on 1/22/2026 ) (RG) Modified on 1/23/2026 to edit text(TT). (Entered: 01/23/2026) |

| 01/23/2026 | 65 | NOTICE OF ATTORNEY APPEARANCE: Sharon L. McCarthy appearing for Stephen Powers (McCarthy, Sharon) (Entered: 01/23/2026) |
|---|---|---|
| 01/23/2026 | 66 | NOTICE OF ATTORNEY APPEARANCE: Christopher Michael Ferguson appearing for Stephen Powers (Ferguson, Christopher) (Entered: 01/23/2026) |
| 01/23/2026 | 67 | MOTION to Travel , *Seeking to Appear Remotely Due to Inclement Weather* by Jennifer Powers. (Lavigne–Albert, Jolene) (Entered: 01/23/2026) |
| 01/23/2026 | | ORDER granting 67 Motion to appear remotely as to Jennifer Powers. Ms. Powers is permitted to appear remotely by phone at the 1/27/2026 Status Conference. Further, it is the Court's understanding from the 10/20/2025 Initial Status Conference that Stephen Powers had intended to appear remotely at the following conference. If that is still the case, Mr. Powers is also permitted to appear remotely by phone at the 1/27/2026 Status Conference. Ordered by Judge Brian M. Cogan on 1/23/2026. (TT) (Entered: 01/23/2026) |
| 01/26/2026 | | SCHEDULING ORDER as to Howard Rubin, Jennifer Powers and Stephen Powers. Status Conference reset for 2/9/2026 at 2:15 p.m. in Courtroom 10A South before Judge Brian M. Cogan. Speedy trial time is excluded until 2/9/2026, which will facilitate discovery review and plea discussions. The Court finds that the ends of justice outweigh the public and the defendants' interest in a speedy trial.<br><br>By 2/2/2026, the parties are directed to file a status report regarding the status of discovery production and plea negotiation. Ordered by Judge Brian M. Cogan on 1/26/2026. (TT) (Entered: 01/26/2026) |
| 01/29/2026 | 68 | MOTION for Protective Order by USA as to Stephen Powers. (Attachments: # 1 Proposed Order) (McGrath, Tara) (Entered: 01/29/2026) |
| 01/30/2026 | 69 | STIPULATION AND PROTECTIVE ORDER re: 68 Motion for Protective Order as to Stephen Powers (3) ( Ordered by Judge Brian M. Cogan on 1/29/2026 ) (RG) (Entered: 01/30/2026) |
| 02/02/2026 | 70 | Letter *Providing Joint Status Update* as to Howard Rubin, Jennifer Powers, Stephen Powers (McGrath, Tara) (Entered: 02/02/2026) |
| 02/03/2026 | 71 | NOTICE OF ATTORNEY APPEARANCE Kayla C Bensing appearing for USA. (Bensing, Kayla) (Entered: 02/03/2026) |
| 02/09/2026 | 72 | AFFIDAVIT/AFFIRMATION by Howard Rubin 64 Order on Motion for Protective Order,, (Gilbert, Michael) (Entered: 02/09/2026) |
| 02/09/2026 | | Minute Entry for proceedings before Judge Brian M. Cogan: Status Conference Appearance as to Howard Rubin, Jennifer Powers, and Stephen Powers held on 2/9/2026. Case called. AUSAs Tara Brigit McGrath, Kayla C. Bensing and Raffaela Belizaire and Paralegal Specialists Marlane Bosler and Timothy Migliaro appeared on behalf of the Government. Isabelle A. Kirshner and Katherine Anne Boy Skipsey appeared on behalf of defendant Howard Rubin, who was present. Jolene F. LaVigne–Albert and Angela Li appeared on behalf of defendant Jennifer Powers, who was present. Sharon L. McCarthy and Christopher M. Ferguson appeared on behalf of defendant Stephen Powers, who appeared remotely by phone. Discussion held. The Government is directed to file a written submission about designating the case as complex. Speedy trial time is excluded until 4/16/2026, which will allow the Government to continue to produce additional discovery and defendant to review the voluminous discovery, and determine whether this case warrants complex designation. The Court finds that the ends of justice outweigh the public and the defendants' interest in a speedy trial. Status Conference reset for 4/16/2026 at 12:00 p.m. in Courtroom 10A South before Judge Brian M. Cogan. (Court Reporter Jamie Stanton.) (TT) (Entered: 02/10/2026) |
| 02/20/2026 | 73 | Letter *Requesting Complex Case Designation* as to Howard Rubin, Jennifer Powers, Stephen Powers (McGrath, Tara) (Entered: 02/20/2026) |
| 02/20/2026 | 74 | MOTION to Withdraw as Attorney *of Benjamin E. Rosenberg and Edward A. McDonald* by Howard Rubin. (Attachments: # 1 Declaration of Benjamin E. Rosenberg in Support of Motion) (Rosenberg, Benjamin) (Entered: 02/20/2026) |

| | | |
|---|---|---|
| 02/20/2026 | | ORDER granting 74 Motion to Withdraw as Attorney. Edward A. Mc Donald and Benjamin Edward Rosenberg withdrawn from the case as to Howard Rubin. Ordered by Judge Brian M. Cogan on 2/20/2026. (TT) (Entered: 02/20/2026) |
| 02/20/2026 | 75 | Letter *re Attorney Conflicts of Interest* as to Howard Rubin, Jennifer Powers, Stephen Powers (McGrath, Tara) (Entered: 02/20/2026) |
| 02/20/2026 | 76 | Letter *re Attorney Conflicts of Interest* as to Howard Rubin, Jennifer Powers, Stephen Powers, ***SEALED DOCUMENTS*** (McGrath, Tara) (Entered: 02/20/2026) |
| 02/26/2026 | 77 | First MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC–19951598 by Jennifer Powers. (Attachments: # 1 Affidavit Affidavit in Support of PHV Admission, # 2 Exhibit Certificate of Good Standing) (Rotunno, Donna) (Entered: 02/26/2026) |
| 02/26/2026 | 78 | First MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC–19951597 by Jennifer Powers. (Attachments: # 1 Affidavit in Support, # 2 Exhibit Certificate of Good Standing) (Cheronis, Damon) (Entered: 02/26/2026) |
| 03/02/2026 | 79 | AFFIDAVIT/AFFIRMATION by Jennifer Powers 78 First MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC–19951597 filed by Jennifer Powers (Cheronis, Damon) (Entered: 03/02/2026) |
| 03/03/2026 | | ORDER granting 78 Motion for Leave to Appear. Damon Cheronis shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance to ensure electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee* as to Jennifer Powers. Ordered by Judge Brian M. Cogan on 3/3/2026. (TT) (Entered: 03/03/2026) |
| 03/03/2026 | 80 | NOTICE OF ATTORNEY APPEARANCE: Damon M Cheronis appearing for Jennifer Powers (Cheronis, Damon) (Entered: 03/03/2026) |
| 03/05/2026 | 81 | AFFIDAVIT in Support re 77 First MOTION to Appear Pro Hac Vice Filing fee $ 200, receipt number ANYEDC–19951598 (Rotunno, Donna) (Entered: 03/05/2026) |
| 03/05/2026 | | ORDER granting 77 Motion for Leave to Appear. Donna A. Rotunno shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance to ensure electronic notification of activity in this case. Also, the attorney shall ensure the $200 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee* as to Jennifer Powers. Ordered by Judge Brian M. Cogan on 3/5/2026. (TT) (Entered: 03/05/2026) |
| 03/06/2026 | 82 | NOTICE OF ATTORNEY APPEARANCE: Donna Rotunno appearing for Jennifer Powers (Rotunno, Donna) (Entered: 03/06/2026) |
| 03/16/2026 | | ORDER 73 DESIGNATING CASE AS COMPLEX AND 75 SETTING CURCIO HEARING. The Court hereby designates this case as complex. First, this case is factually complex, involving interlapping sex trafficking, Mann Act, bank fraud, and tax schemes that span 15 years and implicate multiple states, three defendants, and numerous Jane Does. Second, discovery is extensive, involving over 12 terabytes of electronic data from approximately 40 seized electronic devices and a dozen storage devices, as well as sensitive financial, medical, and legal records. Third, privilege review will require significant time and attention, as defendants have provided the government with an extensive list of names and entities for privilege review and are asserting common interest privilege. These same considerations apply with respect to Stephen Powers. The Court finds that the charges against him would necessarily incorporate substantial proof as to the charges against Howard Rubin and Jennifer Powers. <br><br> Regarding the Government's request for a Curcio hearing, that will be held on 4/29/2026 at 9:30 a.m. in Courtroom 10A South before Judge Brian M. Cogan. Speedy trial time is excluded for complexity and in the interest of justice. Ordered by Judge Brian M. Cogan on 3/16/2026. (TT) (Entered: 03/16/2026) |
| 03/16/2026 | 83 | NOTICE OF ATTORNEY APPEARANCE Nina C. Gupta appearing for USA. (Gupta, Nina) (Entered: 03/16/2026) |

| 03/18/2026 | 84 | NOTICE OF ATTORNEY APPEARANCE: Marc A. Agnifilo appearing for Howard Rubin (Agnifilo, Marc) (Entered: 03/18/2026) |
|---|---|---|
| 03/18/2026 | 85 | NOTICE OF ATTORNEY APPEARANCE: Zach Intrater appearing for Howard Rubin (Intrater, Zach) (Entered: 03/18/2026) |
| 03/18/2026 | 86 | NOTICE OF ATTORNEY APPEARANCE: Teny Rose Geragos appearing for Howard Rubin (Geragos, Teny) (Entered: 03/18/2026) |
| 03/18/2026 | 87 | NOTICE OF ATTORNEY APPEARANCE: Jacob Kaplan appearing for Howard Rubin (Kaplan, Jacob) (Entered: 03/18/2026) |
| 03/20/2026 | 88 | Letter MOTION to Modify Conditions of Release *to Attend Son's Birthday Dinner* by Jennifer Powers. (Li, Angela) (Entered: 03/20/2026) |
| 03/20/2026 | | ORDER granting 88 Motion to Modify Conditions of Release as to Jennifer Powers. Mrs. Powers permitted to attend a gathering on March 25, 2026, from 7:30 p.m. to 9:30 p.m. Ordered by Judge Brian M. Cogan on 3/20/2026. (TT) (Entered: 03/20/2026) |
| 03/24/2026 | 89 | Letter *Motion in Support of Defendant's Request for Bail* as to Howard Rubin (Attachments: # 1 Ex. A – Transcript of October 20, 2025 Bail hearing, # 2 Ex. B – Transcript of December 17, 2025 Bail Hearing, # 3 Ex. C – December 9, 2025 Letter in Support of Bail, # 4 Ex. D – October 16, 2025 Letter in Support of Bail, # 5 Ex. E – Jona T. Stahmeyer et al., The Frequency and Timing of Recurrent Stroke: An Analysis of Routine Health Insurance Data, # 6 Ex. F – Mary J. Henry Letter of Support, # 7 Ex. G – Annalee Rubin Letter of Support, # 8 Ex. H – Miss Donna Letter of Support, # 9 Ex. I – Diana Shyket Letter of Support, # 10 Ex. J – Jonathan Rubin Letter of Support, # 11 Ex. K – Kenneth Rubin Letter of Support, # 12 Ex. L – Denise Fernandez Letter of Support, # 13 Ex. M – Eli Driscoll Letter of Support, # 14 Ex. N – Richard Correll Letter of Support, # 15 Ex. O – Mary J. Henry Financial Affidavit, # 16 Ex. P – Howard Rubin Financial Affidavit, # 17 Ex. Q – December 10, 2025 Letter Opposing Bail, # 18 Ex. R – Intentionally Left Blank, # 19 Ex. S – December 16, 2025 Letter in Further Support of Bail) (Gilbert, Michael) (Entered: 03/24/2026) |
| 03/26/2026 | 90 | Letter *Opposing Fourth Bail Application* as to Howard Rubin (Attachments: # 1 Exhibit A – Transcript of First Bail Hearing, # 2 Exhibit B – Transcript of Second Bail Hearing, # 3 Exhibit C – Transcript of Third Bail Hearing) (McGrath, Tara) (Entered: 03/26/2026) |
| 03/26/2026 | 91 | ***SEALED DOCUMENTS***<br>, Letter *Opposing Fourth Bail Application* as to Howard Rubin (Attachments: # 1 Exhibit A – Transcript of First Bail Hearing, # 2 Exhibit B – Transcript of Second Bail Hearing, # 3 Exhibit C – Transcript of Third Bail Hearing) (McGrath, Tara) (Entered: 03/26/2026) |
| 03/27/2026 | 92 | Letter MOTION for Hearing *, Letter to Hon. Brian M. Cogan requesting extension of compliance conference and the Curcio hearing* by Jennifer Powers. (Lavigne–Albert, Jolene) (Entered: 03/27/2026) |
| 03/27/2026 | 93 | MOTION to Modify Conditions of Release by Stephen Powers. (Ferguson, Christopher) (Entered: 03/27/2026) |
| 03/27/2026 | 95 | Minute Entry for proceedings held before Magistrate Judge James R. Cho: Bail Hearing as to Howard Rubin held on 3/27/2026. The government opposed release for reasons stated on the record. Defense counsel presented a $75 Million bail application with 2 suretors secured by 2 properties. The court denied the bail application for reasons stated on the record. (RG) (Entered: 03/30/2026) |
| 03/30/2026 | 94 | TRANSCRIPT of Proceedings as to Howard Rubin held on March 27, 2026, before Judge Cho. Court Transcriber: Transcriptions Plus II, Inc.. Email address: RL.Transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 4/20/2026. Redacted Transcript Deadline set for 4/30/2026. Release of Transcript Restriction set for 6/29/2026. (RC) (Entered: 03/30/2026) |

| | | |
|---|---|---|
| 03/30/2026 | | ORDER granting 93 Motion to Modify Conditions of Release as to Stephen Powers. The special conditions regarding travel restriction is modified to allow Mr. Powers to travel within Western District of Texas, the Southern District of Texas, and the state of Oklahoma. Mr. Powers is directed to provide seventy–two hours' notice to the U.S. Pretrial Services Office, including the reason for the travel and all relevant details. Ordered by Judge Brian M. Cogan on 3/30/2026. (TT) (Entered: 03/30/2026) |
| 03/30/2026 | | ORDER granting 92 Motion for Curcio Hearing as to as to Howard Rubin, Jennifer Powers, and Stephen Powers. Curcio Hearing and Status Conference reset for 6/22/2026 at 10:00 a.m. in Courtroom 10A South before Judge Brian M. Cogan. Speedy trial time is excluded for complexity and in the interest of justice. Signed by Judge Brian M. Cogan on 3/30/2026. (TT) (Entered: 03/30/2026) |
| 04/08/2026 | 96 | First MOTION to Withdraw as Attorney by Isabelle Kirshner. by Howard Rubin. (Kirshner, Isabelle) (Entered: 04/08/2026) |
| 04/09/2026 | | ORDER granting 96 Motion to Withdraw as Attorney. Isabelle A. Kirshner withdrawn from case as to Howard Rubin (1). Ordered by Judge Brian M. Cogan on 4/9/2026. (PW) (Entered: 04/09/2026) |
| 04/10/2026 | 97 | Letter MOTION to Revoke *Detention Order* by Howard Rubin. (Gilbert, Michael) (Entered: 04/10/2026) |
| 04/10/2026 | | SCHEDULING ORDER re 97 as to Howard Rubin. Motion Hearing set for 4/29/2026 at 2:15 p.m. in Courtroom 10A South before Judge Brian M. Cogan. Ordered by Judge Brian M. Cogan on 4/10/2026. (TT) (Entered: 04/10/2026) |
| 04/16/2026 | 98 | Letter MOTION to Revoke *Detention Order* by Howard Rubin. (Attachments: # 1 Exhibit 1 – Transcript of the March 27, 2026 Hearing before Magistrate Judge James R. Cho, # 2 Exhibit 2 – March 24, 2026 Letter in Support of Bail_Part1, # 3 Exhibit 2 – March 24, 2026 Letter in Support of Bail_Part2, # 4 Exhibit 2 – March 24, 2026 Letter in Support of Bail_Part3, # 5 Exhibit 2 – March 24, 2026 Letter in Support of Bail_Part4, # 6 Exhibit 2 – March 24, 2026 Letter in Support of Bail_Part5, # 7 Exhibit 2 – March 24, 2026 Letter in Support of Bail_Part6, # 8 Exhibit 3 – March 26, 2026 Government Opposition Letter, # 9 Exhibit 4 – Klein Affirmation) (Gilbert, Michael) (Entered: 04/16/2026) |
| 04/21/2026 | 99 | Letter MOTION to Modify Conditions of Release *to Attend Family Gatherings on April 26 and May 30, 2026* by Jennifer Powers. (Li, Angela) (Entered: 04/21/2026) |
| 04/21/2026 | | ORDER granting 99 Motion to Modify Conditions of Release as to Jennifer Powers. Mrs. Powers can attend the gatherings set for April 26, 2026, from 6:00 p.m. to 9:00 p.m. and May 30, 2026, from 2:00 p.m. to 5:00 p.m. Ordered by Judge Brian M. Cogan on 4/21/2026. (TT) (Entered: 04/21/2026) |
| 04/23/2026 | 100 | Letter *Opposing Motion for Revocation of Bail* as to Howard Rubin (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Belizaire, Raffaela) (Entered: 04/23/2026) |
| 04/23/2026 | 101 | Letter *Opposing Motion for Revocation of Bail* as to Howard Rubin, ***SEALED DOCUMENTS*** (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Belizaire, Raffaela) (Entered: 04/23/2026) |
| 04/27/2026 | 102 | Letter *Response to the Governments April 23, 2026 Letter Opposing Release* as to Howard Rubin (Gilbert, Michael) (Entered: 04/27/2026) |
| 04/29/2026 | | Minute Entry and ORDER for proceedings held before Judge Brian M. Cogan: Motion Hearing as to Howard Rubin held on 4/29/2026. Case called. AUSAs Raffaela Belizaire, Kayla C. Bensing, and Nina Gupta; Special Agents Dan Lewis, Andrew Punzo and Kurt Sullivan appeared on behalf of the Government. Pretrial Service Officer Vilmary Colon was present. Katherine Anne Boy Skipsey and Michael J. Gilbert from Sheppard Mullin, Richter & Hampton, LLP and Zach Intrater from Agnifilo Intrater LLP appeared on behalf of defendant. Defendant Howard Rubin was present. Discussions held. *Order denying 97 & 98 Motion to Revoke Detention Order*. See transcript for details (Court Reporter Charleane Heading.) (TT) (Entered: 04/30/2026) |

| 05/08/2026 | 103 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Howard Rubin, Jennifer Powers, Stephen Powers held on February 9, 2026, for hearing type Status Conference, before Judge Cogan. Court Reporter/Transcriber Jamie Stanton, Telephone number (718) 613–2274. Email address: jamiestanton.edny@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request – Transcript" located under "Other Filings – Other Documents". Redaction Request due 5/29/2026. Redacted Transcript Deadline set for 6/8/2026. Release of Transcript Restriction set for 8/6/2026. (Stanton, Jamie) (Entered: 05/08/2026) |
|---|---|---|
| 05/12/2026 | 104 | NOTICE OF APPEAL of Conditions of Release *(receipt number ANYEDC–20210751)* by Howard Rubin as to Order on Motion to Revoke,,,,,, Motion Hearing,, (Gilbert, Michael) (Entered: 05/12/2026) |
| 05/12/2026 |  | Electronic Index to Record on Appeal as to Howard Rubin sent to US Court of Appeals 104 Notice of Appeal – Conditions of Release Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (VJ) (Entered: 05/12/2026) |